**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X          Chapter 13
**IN RE:**

      **TENNIQUE SHAW**                                        Case No.: 16-43585-(NHL)


           **Debtor(s)**                                   **AMENDED CHAPTER 13 PLAN**
---------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of **60** months, the sum of **$24,085.80.**

    $ **389.00** commencing **September, 2016** through **November, 2016** and including **July, 2021** for a period of **SIXTY (60)** months;

2. From the payments so received, the trustee shall make disbursements as follows:
    (a) Payments for the value of the Debtor's vehicle at $7,812.00 plus the contract rate of interest as allowed by section 1325(a)(5)(B)(ii) of the Bankruptcy Code to Exeter Finance Corporation at P.O. Box 166008, Irving TX 75016-6008.
    (b) Attorney fees and costs to Shipkevich, PLLC, of $3,250 due under the Chapter 13 Plan.
    (c) Pro rata payments to unsecured creditors of not less than 25%.

3. The Debtor shall make all post-petition payments, including but not limited to mortgage payments, vehicle, payments, real estate taxes and income taxes, outside the plan.

4. All lease agreements are hereby assumed, unless specifically rejected as follows: **NONE.**

5. The Debtor shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

6. Title to the debtor(s) property shall **remain** with the debtor(s) upon completion of the plan or dismissal of the case, unless otherwise provided in the Order confirming the plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $2,000.00 without written consent of the Chapter 13 Trustee or the Court.

*/s/Tennique Shaw*
Debtor
*/s/Irene Costello*
Attorney for Debtor

Dated:  November 4, 2016